UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-01203 DAD JLT<br><br>ORDER GRANTING STIPULATION FOR THE THIRD EXTENSION OF TIME FOR DEFENDANT FORD MOTOR COMPANY, TO FILE A RESPONSIVE PLEADING<br><br>(Doc. 16, 17) |

The parties have agreed that Ford may have an additional four weeks to respond to the amended complaint. (Docs. 16, 17) This is the third extension of time granted to Ford by stipulation (Docs. 5, 7, 16, 17). Therefore, the Court **ORDERS**:

   1.   The stipulation (Docs. 16, 17) is **GRANTED**. Ford SHALL file its responsive pleading no later than November 23, 2016.

**<u>The Court does not contemplate permitting any further extensions of time for the responsive pleading regardless of whether the parties file a further stipulation.</u>**

IT IS SO ORDERED.

   Dated:   **October 21, 2016**            **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE