# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARLENE BROWN, | ) | Case No.: 1:16-cv-01203 DAD JLT |
| Plaintiff, | ) ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) ) | (Doc. 25) |
| FORD MOTOR COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

On February 8, 2017, the parties notified the Court that the parties have settled the action. (Doc. 25)  They anticipate the settlement will be completed within about 60 days. Id. at 2.  Thus, the Court ORDERS:

1.     The stipulation to dismiss the action SHALL be filed no later than April 14, 2017;

2.     All pending dates, conferences and hearings are VACATED.

The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.

IT IS SO ORDERED.

Dated:   **February 8, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE